# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2014

Robert P. Young, Jr.,
Chief Justice

148748(47)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AFT MICHIGAN, AFT, AFL-CIO, *et al*,
       Plaintiffs-Appellants,

v

SC: 148748
COA: 313960
Ct of Claims: 12-000104-MM

STATE OF MICHIGAN,
       Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their brief and appendix to July 25, 2014, is GRANTED. The corrected brief and appendix submitted on July 24, 2014, are accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2014
_____